# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

MARCO ANTHONY GARCIA-PADILLA,        Case No. 2:21-cv-00206-TLN-DMC (PC)

　　　　　Plaintiff,

　　　v.

CITY OF GRIDLEY, et al.,

　　　　　Defendants.

**ORDER & WRIT OF HABEAS CORPUS
AD TESTIFICANDUM**

_____/

Marco Anthony Garcia-Padilla, CDCR #BR-0588, a necessary and material witness in a settlement conference in this case on March 7, 2022, is confined in North Kern State Prison, in the custody of the Warden.[1]  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Erica P. Grosjean, by Zoom video conference from his place of confinement, on Monday, March 7, 2022, at 1:00 p.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, by Zoom video conference, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court.  Zoom video conference connection information will be supplied via separate email.  The Litigation Coordinator at North Kern State Prison shall contact Courtroom Deputy Michelle Rooney at mrooney@caed.uscourts.gov for the Zoom video conference connection information.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of Court is directed to serve a copy of this order via email on the Litigation Office at Kern Valley State Prison.

4. Any difficulties connecting to the Zoom video conference shall immediately be reported to Courtroom Deputy Michelle Rooney.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, North Kern State Prison, P.O. Box 567, Delano, CA 93216:**

---

[1] Due to logistical issues, the Court is issuing this writ less than one week before the settlement conference. This is substantially less notice than the Court usually provides and the Court appreciates that it may cause difficulties on the institution in making Plaintiff available.  If prison officials are unable to produce Plaintiff because of this short notice, they should email Courtroom Deputy Michelle Rooney at mrooney@caed.uscourts.gov to inform the Court of this.  The Court will consider at that time whether to proceed without Plaintiff present or to reschedule the conference. The Court apologizes for the late notice and appreciates all efforts by the institution to make Plaintiff available if at all possible.

**WE COMMAND** you to produce the inmate named above to testify before Judge Grosjean at the time and place above, by Zoom video conference, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.


IT IS SO ORDERED.


Dated:   **March 1, 2022**            /s/ _Erica P. Grosjean_
                                      UNITED STATES MAGISTRATE JUDGE

