Humberto M. Guizar, Esq., (SBN 125769)
  *hguizar@ghclegal.com*
Christian Contreras, Esq. (SBN 330269)
  *ccontreras@ghclegal.com*
**GUIZAR, HENDERSON & CARRAZCO, L.L.P.**
3500 West Beverly Blvd.,
Montebello, CA 90640
Telephone: (323) 725-1151
Facsimile: (323) 597-0101

Attorneys for Plaintiff,
MARCO ANTHONY GARCIA-PADILLA

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO ANTHONY GARCIA-PADILLA, an individual<br><br>Plaintiff,<br><br>v.<br><br>CITY OF GRIDLEY, a legal subdivision of the State of California; ANTHONY LARA, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | **CASE NO.:**<br>**2:21−CV−00206−TLN−DMC**<br><br>**ORDER RE DISMISSAL OF PLAINTIFFS' CLAIMS AND ENTIRE CIVIL ACTION WITH PREJUDICE** |

**PURSUANT TO THE JOINT STIPULATION OF THE PARTIES** ("Stipulation and Joint Request for Order Dismissing Plaintiffs' Claims and Entire Civil Action With Prejudice"), and pursuant to the Court's inherent and statutory authority, including but not limited to the Court's authority under the applicable Federal Rules of Civil Procedure and the United States District Court, Eastern District of California Local Rules; after due consideration of all of the relevant pleadings, papers, and records in this action; and upon such other evidence or

argument as was presented to the Court; Good Cause appearing therefor, and in furtherance of the interests of justice:

### ORDER DISMISSING PLAINTIFF'S CLAIMS AND ENTIRE CIVIL ACTION WITH PREJUDICE.

1. The Court hereby Orders the dismissal with prejudice of all plaintiff's claims against defendants CITY OF GRIDLEY, a legal subdivision of the State of California; and ANTHONY LARA, an individual, in their entirety.

2. To the extent that plaintiff alleges any other claims against any other parties or DOES in this action, the Court hereby Orders the dismissal with prejudice of any and all such claims and causes of action.

3. The Court hereby Orders the dismissal with prejudice of the **entire action** – including all claims by plaintiff against any and all defendants, DOES and/or parties thereto, including all claims against any parties to the above entitled lawsuit.

4. This dismissal constitutes a mutual waiver of all costs, court fees, and attorneys' fees arising out of claims between plaintiff and defendants.

**IT IS SO ORDERED.**

Dated: May 20, 2022

_____
Troy L. Nunley
United States District Judge